■ DOROTHY SIGMUND v. HOUSE OF CUTLERY, INC., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals, or to resettle or modify the order of reversal, denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ NEW YORK TIMES COMPANY v. HAROLD GREENSTEIN.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of THOMAS M. QUINLAN against JOSEPH J. CAPUTA, as State Rent Administrator.— Motion dismissed, with $10 costs to the respondent, State Rent Administrator. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE COMPANY v. HUDSON PROPERTIES, INC., et al.— Motion granted insofar as to permit plaintiff-appellant, Public Service Mutual Insurance Company, to have the two appeals heard in one appeal book, without duplication of printing, and the respective parties are permitted to file one set of points covering the two appeals. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TEDDY JUSINO.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TEDDY JUSINO.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Frazier Davidson, Esq. of 946 Prospect Avenue, Bronx, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ESTELLE GALLAGHER et al., v. ALFRED A. RICHMAN, Doing Business as MANHATTAN GENERAL HOSPITAL et al.—Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellants' points, on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points upon the attorneys for defendants-respondents and file 6 typewritten or 19 mimeographed copies of appellants' points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of ANGELO DE LUCA against JOSEPH J. CAPUTA, as State Rent Administrator.— Motion granted insofar as to extend the time for petitioner-appellant to serve and file the record on appeal and appellant's points to and including September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.